**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2008

**BY FACSIMILE**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

    Re: **United States v. Ikeya Counts,**
        **08 Cr. 27**

Dear Judge Batts:

    The above-referenced defendant was arrested, and presented and arraigned before Magistrate Judge Debra Freeman on February 1, 2008. An initial conference is scheduled before Your Honor on March 10, 2008 at 10:30 a.m.

*Granted*
*/s/ DAB*
*2/5/08*

    The Government respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act from today's date until March 10, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) so that the Government can produce discovery, the defendant can review discovery, and so that both parties can discuss a possible disposition of this case.

Respectfully submitted,

**SO ORDERED**

*Deborah A. Batts* 2/4/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MICHAEL J. GARCIA
United States Attorney

By: _____
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc: Richard B. Lind, Esq.
    Attorney for Defendant