

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2008

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2008
```

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

    Re: <u>United States v. Ikeya Counts</u>,
        08 Cr. 27

Dear Judge Batts:

    The status conference before Your Honor in the above-referenced matter that was scheduled for April 4, 2008, has been adjourned until April 21, 2008 at 10:30 a.m. The Government respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act from April 4, 2008 through April 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) so that the parties can use this time to continue discussing a possible disposition in this case.

*(Margin annotation: Granted s/DAB 4/2/08)*

**SO ORDERED**

*Deborah A. Batts*  4/2/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Michael M. Rosensaft*
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc: Richard B. Lind, Esq.
    Attorney for Defendant