

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 16, 2008

BY FACSIMILE

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/16/2008

Re: **United States v. Ikeya Counts,**
    08 Cr. 27

Dear Judge Batts:

A status conference before Your Honor is currently scheduled in the above-referenced matter on April 21, 2008, at 10:30 a.m. The Government and defense counsel have been discussing a possible disposition in this case, and respectfully request that the April 21st conference be adjourned for approximately four weeks to allow these discussions to continue in the hopes of resolving this matter prior to trial. The Government also respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act from April 21, 2008 until the date of the next conference, pursuant to 18 U.S.C. § 3161(h)(8)(A) so that the parties can use this time to continue discussing a possible disposition in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Michael M. Rosensaft
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc: Richard B. Lind, Esq.
    Attorney for Defendant

*[Handwritten endorsement:]* Granted /s/ DAB 4/16/2008

*[Handwritten order:]* The next conference in this matter shall be held at 11:00 AM on May 19, 2008. To permit the parties to continue their discussions, the Court hereby excludes time, pursuant to the Speedy Trial Act between April 21, 2008 and May 19, 2008. /s/ DAB 4/16/2008

**SO ORDERED**

/s/ Deborah A. Batts
DEBORAH A. BATTS  4/16/2008
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

TOTAL P.01